# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

In re:  David Vincent Chowaniec　　　　　　　　Case No.:  08-70034-SCS
　　　　 Sherri Denson Chowaniec

　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13


## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

| **Creditor's Name and Address** | **Amount of Dividend** |
|---|---|
| North Star Capital Acquistions Llc<br>C/O T Chap;Pell Aldridge Esq<br>4550 Montgomery Ave #1125 N<br>Bethesda, MD  20814 | $446.23 |

Dated: March 04, 2011　　　　　　　　　　　　/s/ R. Clinton Stackhouse, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee